No. 69. JOSEPH HODGSON *v.* THE MIDWEST OIL COMPANY ET AL.  Error to the District Court of the United States for the District of Wyoming.  Argued October 21, 1925.  Announced October 26, 1925.  *Per Curiam.*  Transferred to the Circuit Court of Appeals for the Eighth Circuit upon the authority of the act of September 6, 1916, c. 448, sec. 3, 39 Stat. 726, and section 238 of the Judicial Code as amended by section 238 (a), act of September 14, 1922, c. 305; *Smith* v. *Apple,* 264 U. S. 274. Order that case be transferred entered October 21, 1925. *Mr. J. M. Hodgson,* with whom *Messrs. Floyd E. Pendell* and *Robert P. Stewart* were on the brief, for plaintiff in

error. *Messrs. Tyson Dynes, Jr., Tyson S. Dynes, Peter H. Holme* and *Harold D. Roberts* for defendants in error.